JOHN F. WEINHEIMER, Appellant and Respondent, *v.* ALEXANDER J. ROSS et al., as Administrators of the Estate of EUGENE M. VOISINET, Deceased, Respondents and Appellants.

*Weinheimer* v. *Ross,* 162 App. Div. 926, 933, affirmed.
(Argued January 26, 1915; decided February 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 8, 1914, modifying and affirming as modified a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to recover purchase money paid upon a land contract.

*Alfred H. Martin* for plaintiff, appellant and respondent.

*Edward R. O'Malley* and *Julius A. Schreiber* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, HOGAN, MILLER, CARDOZO and SEABURY, JJ.